### OBERHOLZ v. ODOM et al.
### No. 2140.

Court of Civil Appeals of Texas. Beaumont.
Oct. 29, 1931.

Motions for Rehearing Nov. 13, 1931.

Rehearing Denied Nov. 18, 1931.

124

McCall & Vaughn, of Beaumont, for appellant.

David E. O'Fiel, of Beaumont, for appellees.

WALKER, J. (after stating the facts as above).

The evidence as quoted above fully sustains the jury's verdict that appellees were in the individual employment of Mr. Oberholz. The judgment of the lower court is, therefore, in all things affirmed.

Affirmed.